UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

Zephanyahu Cunningham, a minor,
by George Cunningham,

        Petitioner,

v.

Maria Quinn et al.,

        Respondents.
_____/

Case No. 2:20-cv-129

Honorable Paul L. Maloney

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Cunningham's requests for preliminary injunctive relief (ECF No. 2) are **DENIED**.

**IT IS FURTHER ORDERED** that Cunningham's motion for leave to proceed in forma pauperis (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:   August 12, 2020                /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge