UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
\_\_\_\_\_

Zephanyahu Cunningham, a minor,
by George Cunningham,

              Case No. 2:20-cv-129

   Petitioner,

              Honorable Paul L. Maloney

v.

Maria Quinn et al.,

   Respondents.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of subject matter jurisdiction.


Dated: August 12, 2020       /s/ Paul L. Maloney
                  Paul L. Maloney
                  United States District Judge